UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------x
MEIER MARKOWITS, individually
and on behalf of all others
similarly situated,

      Plaintiff,   STIPULATION OF DISMISSAL

  -against-       14 CV 5676

AMERICAN RECOVERY SERVICE
INCORPORATED,

      Defendant.
----------------------------------x

  WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

  WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

  IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against AMERICAN RECOVERY SERVICE, INCORPORATED with prejudice and without costs to any party.

MEIER MARKOWITS        AMERICAN RECOVERY SERVICE,
              INCORPORATED

_____   _____
DAVID PALACE, ESQ.      ARTHUR SANDERS. ESQ.
383 Kingston Avenue  #113  Barron & Newburger, P.C.
Brooklyn, NY  11213     30 South Main Street
Attorney for plaintiff    New City, NY  10956
              Attorney for defendant

So ordered.  /s/(ARR)